# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

## No. 20-6438

---

ROBERT T. SIGLER,

        Plaintiff - Appellant,

    v.

JIMMY THORNTON; SAMPSON COUNTY SHERIFF; SAMPSON COUNTY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03318-D)

---

Submitted:  July 21, 2020                   Decided:  July 24, 2020

---

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert T. Sigler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert T. Sigler appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2018) complaint and denying his motions for summary judgment and injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.[*] *Sigler v. Thornton*, No. 5:19-ct-03318-D (E.D.N.C. Mar. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We conclude that Sigler's transfer from the detention center rendered his request for injunctive relief moot.